## Quitclaim Assignment of Mortgage

WHEREAS, American Home Mortgage Corporation d/b/a American Brokers Conduit, a New York corporation, is the lender on a certain mortgage executed by David M. Yeaton, and bearing the date of May 31, 2007 and recorded in the Androscoggin County Registry of Deeds in Book 7158, Page 174 (the "**Mortgage**");

WHEREAS, pursuant to a Corrected Order Granting Default Judgment & Appointing Receiver for American Home Mortgage Corporation d/b/a American Brokers Conduit entered on May 6, 2024 by the Supreme Court of the State of New York under Index No. 604259/2023 (the "**Order**"), Frank M. Maffei, Jr., Esq. was appointed Receiver for Lender, a true copy of which Order is attached hereto as Exhibit A;

WHEREAS, Lender may have certain rights that are described in the Mortgage;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("**MERS**") was designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment of Mortgage is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

ACCORDINGLY, Lender hereby assigns and quit claims all of its rights, title and interest (whatever they may be, if any), in the Mortgage to **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**.

PROPERTY ADDRESS:
370 Elm Street, Mechanic Falls, Maine 04256

*[Signature page follows]*

EXHIBIT G

SIGNATURE PAGE
TO
QUITCLAIM ASSIGNMENT OF MORTGAGE

AMERICAN HOME MORTGAGE
CORPORATION d/b/a AMERICAN
BROKERS CONDUIT

Dated: 8/26, 2024

_____
Frank M. Maffei, Jr., Esq., solely as Receiver
for American Home Mortgage Corporation
d/b/a American Brokers Conduit, and not in
an Individual or other capacity, by order of the
Supreme Court of the State of New York
under Index No. 604259/2023

STATE OF NEW YORK
COUNTY OF Suffolk

Personally appeared before me this 26 day of August, 2024 the above-named Frank M. Maffei, Jr., Esq., solely in his capacity as Court appointed Receiver of American Home Mortgage Corporation d/b/a American Brokers Conduit and acknowledged the foregoing to be their free act and deed in said capacity and the free act and deed of American Home Mortgage Corporation d/b/a American Brokers Conduit.

Type/Print Name: Lori Vogt
Notary Public
My Commission Expires:

PROPERTY ADDRESS:
370 Elm Street, Mechanic Falls, Maine 04256

LORI VOGT
Notary Public, State of New York
No. 01VO502228
Qualified in Suffolk County
Commission Expires January 3, 20__